# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ADRIAN MORALES-PONCE, ) | 3:10-cv-0717-ECR (RAM) |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | May 17, 2011 |
| MICHAEL ROGER CARMACK, ) INTERSTATE EQUIPMENT LEASING, ) et al., ) | |
| Defendants. ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER            REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    The Clerk has filed the following documents submitted by Plaintiff as identified below:

    05/10/11    Request for an Investigation of the Conduct of Defendants and Attorneys to Determine Their Responsibility in this Case for Supposed Negligence and Supposed Conspiracy to Make Fraud (Doc. #17)

    05/10/11    Request for the Court to Give a Special Extension of Time to Find Out the Status of Case and I Need the Court to Give Me a Lawyer (Doc. #18)

    05/17/11    Motion re Events of Case Requesting Special Provisions (Doc. #24)

/ / /

MINUTES OF THE COURT
3:10-cv-717-ECR (RAM)
May 17, 2011
Page Two


     LR IA 10-6 (a) provides that "A party who has appeared by attorney cannot so while represented appear or act in the case."

     **IT IS HEREBY ORDERED** that the Clerk shall **STRIKE** the above referenced documents (Doc. Nos. 17, 18 and 24) from the electronic record and return said originals located in the court's day files to Plaintiff.

                        LANCE S. WILSON, CLERK

                        By:          /s/
                              Deputy Clerk