IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adrian Morales-Ponce, ) | No. CV-11-1533-PHX-ROS |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Swift Transportation Co., Inc.; et. al., ) | |
| Defendants. ) | |

On multiple occasions, Plaintiff has mailed correspondence and documents to the Court but has not filed them on the docket. Plaintiff must file his pleadings on the docket and serve them on the opposing parties. Plaintiff must not mail the Court correspondence or pleadings that are not filed on the docket. They will not be considered.

**IT IS ORDERED** Plaintiff shall refrain from ex parte communication with the Court.

DATED this 26th day of March, 2012.

_____
Roslyn O. Silver
Chief United States District Judge

copies to all counsel, including Pro Se Plaintiff