# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adrian Morales-Ponce,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Michael Roger Carmack, et al.,<br><br>　　　　　Defendants. | No. CV-11-01533-PHX-ROS<br><br>**ORDER** |

The Court having considered the parties' Stipulation for Dismissal with Prejudice and Joint Motion for Court to Retain Jurisdiction, and good cause appearing,

**IT IS ORDERED** the Stipulation for Dismissal with Prejudice (**Doc. 188**) is **APPROVED** and this case is dismissed with prejudice, with the parties to bear their own attorneys' fees and costs.

**IT IS FURTHER ORDERED** the Joint Motion for Court to Retain Jurisdiction (**Doc. 189**) is **GRANTED**. The Court shall retain jurisdiction of this matter for a period of thirty (30) days while the parties effectuate completion of settlement documents, payment and filing of closing documents with the Court.

Dated this 18th day of October, 2013.

_____
Roslyn O. Silver
Senior United States District Judge